UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JUSTIN W. HAYNES** | **CIVIL ACTION NO. 20-1281** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF'S OFFICE OUACHITA PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Justin W. Haynes's claims against OCC, Ouachita Parish Sheriff's Office, and Conway of Monroe, Louisiana, as well as Plaintiff's request to criminally prosecute defendants, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 19th day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE